<u>NOT FOR PULICATION</u>

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPHUS NYON DEBBLAY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 23-548-SDW-AME<br><br>**ORDER**<br><br>October 18, 2023 |

**WIGENTON**, District Judge.

　　　Before this Court is the Report and Recommendation ("R&R") entered on September 26, 2023, by Magistrate Judge Andre M. Espinosa ("Judge Espinosa"), (D.E. 23), recommending dismissal of the Complaint for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2) and improper venue pursuant to Rule 12(b)(3), insofar as it asserts claims against Clinton County Correctional Facility ("CCCF").  This Court has reviewed the reasons set forth by Judge Espinosa in the R&R.[1]  Based on the foregoing, and for good cause shown, it is hereby

　　　**ORDERED** that the R&R of Judge Espinosa, (D.E. 23), is **ADOPTED** as the conclusion of law of this Court and this matter is hereby **DISMISSED** as to CCCF for lack of personal jurisdiction and improper venue.

　　　**SO ORDERED.**

---

[1] The parties did not file objection to the R&R.

   /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Andre M. Espinosa, U.S.M.J.